No. 403. PHOENIX FINANCE CORP. *v.* IOWA-WISCONSIN BRIDGE Co. October 26, 1942. Petition for writ of certi-

orari to the Supreme Court of Delaware denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Mr. James R. Morford* for petitioner. *Messrs. Fred A. Ontjes* and *Wm. C. Green* for respondent.